Thomas D. Smith, Esquire (#8206)
**SERVICE & SPINNER**
1335 East Center - P.O. Box 6009
Pocatello, Idaho  83205-6009
Telephone:  (208) 232-4471
FAX: (208) 232-1808

Attorneys for R. Sam Hopkins, Trustee

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| In the Matter of: | ) | Case No. 17-40646-JMM |
|---|---|---|
|  | ) |  |
| DARWIN MURDOCK, | ) | Chapter 7 |
|  | ) |  |
| Debtors. | ) |  |
|  | ) |  |

**MOTION TO APPROVE SETTLEMENT**

COMES NOW R. Sam Hopkins, Trustee, by and through his attorneys, and hereby moves the Court to approve the settlement set forth below and in the Settlement Stipulation (Document No. 28) between the Trustee and the Debtor, Darwin Murdock. The Trustee believes the settlement is in the best interests of the bankruptcy estate by avoiding further legal costs and expenses to decide this matter. The nature of the controversy and proposed settlement are as follows:

1.     On or about April 20, 2016, the Debtor's mother, Berniece Murdock, loaned $9,200 to the Debtor to make repairs on his vehicle. On or about April 3, 2017, the Debtor sold a 2002 Chevy Silverado for $20,000, and the Debtor paid $9,200 from the sale proceeds to Ms. Murdock to repay the loan.

2. The Trustee argues that the $9,200 payment to Ms. Murdock is an avoidable preference to an insider under 11 U.S.C. § 547 because it was made within one year from when the bankruptcy petition was filed, and it allowed Ms. Murdock to receive more than she would be entitled to receive as an unsecured creditor in a Chapter 7 distribution.

3. The Debtor would like to resolve the preference claim with the Trustee because Ms. Murdock passed away on March 15, 2018, and he would be responsible for the claim if the Trustee attempted to collect it from Ms. Murdock's probate estate.

4. The Trustee and the Debtor believe it is in their mutual best interests to compromise this issue between them.

5. The parties agree that the Debtor shall pay to the Trustee the sum of $4,600, which the Trustee shall deposit into his trust account until this compromise is approved by the Court. The $4,600 shall come from the Debtor's portion of his 2017 federal tax refund in the Trustee's possession. In exchange, the Trustee shall waive any claim the estate has against Ms. Murdock's probate estate to recover the $9,200 preferential payment. The parties agree that this compromise shall be a full and final settlement between them regarding the preference claim against Ms. Murdock's probate estate.

DATED May 24, 2018.

SERVICE & SPINNER

By   /s/  _____
Thomas D. Smith

**MOTION TO APPROVE SETTLEMENT - Page 2**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** on May 24, 2018, I served a true and correct copy of the foregoing document as follows:

| | |
|---|---|
| U.S. Trustee | [ ] U.S. Mail, postage prepaid |
| | [ ] Hand Delivery |
| ustp.region18.bs.ecf@usdoj.gov | [x] ECF Notice |
| | [ ] Facsimile |
| | |
| Stephen A. Meikle | [ ] U.S. Mail, postage prepaid |
| | [ ] Hand Delivery |
| sammeikle@msn.com | [x] ECF Notice |
| | [ ] Facsimile |
| | |
| Darwin Murdock | [x] U.S. Mail, postage prepaid |
| 52 North 950 West | [ ] Hand Delivery |
| Blackfoot, Idaho 83221 | [ ] ECF Notice |
| | [ ] Facsimile |

By: /s/ _____
       Thomas D. Smith