UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

In re: MURDOCK, DARWIN § Case No. 17-40646
§
§
§
Debtor(s)

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

R. Sam Hopkins, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $5,460.00 | Assets Exempt: | $545.00 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $2,476.40 | Claims Discharged Without Payment: | $64,129.84 |
| Total Expenses of Administration: | $2,528.60 | | |

3) Total gross receipts of $10,086.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $5,081.00 (see **Exhibit 2**), yielded net receipts of $5,005.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR ( 10 /1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $2,528.60 | $2,528.60 | $2,528.60 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $77,090.48 | $32,158.97 | $10,047.76 | $2,476.40 |
| **TOTAL DISBURSEMENTS** | $77,090.48 | $34,687.57 | $12,576.36 | $5,005.00 |

4) This case was originally filed under chapter 7 on 07/20/2017. The case was pending for 21 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/29/2019

By: /s/ R. Sam Hopkins
Trustee

**STATEMENT** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR ( 10 /1/2010)

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2017 FEDERAL REFUNDS | 1224-000 | $5,171.00 |
| SETTLEMENT ON PREF VS MOM'S ESTATE | 1241-000 | $4,600.00 |
| IDAHO CENTRAL CREDIT UNION CHECKING | 1129-000 | $50.00 |
| 2017 STATE REFUNDS | 1224-000 | $265.00 |
| **TOTAL GROSS RECEIPTS** | | **$10,086.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | EIC | 8100-002 | $4,788.00 |
| | DPR | 8500-002 | $293.00 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$5,081.00** |

### EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |

UST Form 101-7-TDR ( 10 /1/2010)

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - R. SAM HOPKINS | 2100-000 | NA | $1,135.00 | $1,135.00 | $1,135.00 |
| Trustee, Expenses - R. SAM HOPKINS | 2200-000 | NA | $33.60 | $33.60 | $33.60 |
| Banking and Technology Service Fee - Rabobank, N.A. | 2600-000 | NA | $60.00 | $60.00 | $60.00 |
| Attorney for Trustee Fees (Other Firm) - SERVICE & SPINNER | 3210-000 | NA | $1,187.88 | $1,187.88 | $1,187.88 |
| Attorney for Trustee Expenses (Other Firm) - SERVICE & SPINNER | 3220-000 | NA | $112.12 | $112.12 | $112.12 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | NA | $2,528.60 | $2,528.60 | $2,528.60 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | MEDICAL RECOVERY SERVICES | 7100-000 | $1,315.59 | $2,366.54 | $0.00 | $0.00 |
| 2 | SMITH DRISCOLL & ASSOCIATES | 7100-000 | NA | $2,001.57 | $2,001.57 | $493.31 |
| 3 | BLASER, OLESON, LLOYD, CHTD | 7100-000 | $7,102.89 | $7,094.33 | $7,094.33 | $1,748.49 |
| 4 | SORENSEN LAW | 7100-000 | $900.00 | $894.00 | $894.00 | $220.34 |
| 5 | CBP AFFILIATED SERVICES | 7100-000 | $11,171.24 | $13,076.54 | $0.00 | $0.00 |
| 6 | TRUST FINANCIAL LLC | 7100-000 | NA | $6,668.13 | $0.00 | $0.00 |
| 7 | TRUST FINANCIAL LLC | 7100-000 | $42.28 | $57.86 | $57.86 | $14.26 |
| N/F | All Things Auto. & Diesel | 7100-000 | $4,674.21 | NA | NA | NA |
| N/F | Anderson Nelson Hall Smith | 7100-000 | $2,011.26 | NA | NA | NA |
| N/F | Avery Enterprise | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Bank of Commerce | 7100-000 | $111.00 | NA | NA | NA |
| N/F | Bingham Memorial Hospital | 7100-000 | $8,268.30 | NA | NA | NA |
| N/F | Blackfoot Medical Center | 7100-000 | $669.50 | NA | NA | NA |
| N/F | Bonneville Billing & Collect | 7100-000 | $280.78 | NA | NA | NA |
| N/F | Bonneville Billing & Collect | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Capital One | 7100-000 | $382.66 | NA | NA | NA |

UST Form 101-7-TDR ( 10 /1/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | CenturyLink | 7100-000 | $170.88 | NA | NA | NA |
| N/F | CenturyLink | 7100-000 | $341.75 | NA | NA | NA |
| N/F | Comfort Care Dental | 7100-000 | $222.00 | NA | NA | NA |
| N/F | Cox, Ohman & Brandstetter | 7100-000 | $3,192.19 | NA | NA | NA |
| N/F | Crystal Auto Glass | 7100-000 | $600.00 | NA | NA | NA |
| N/F | DJ Marc Cardinal MD | 7100-000 | $1,030.00 | NA | NA | NA |
| N/F | DirectTV | 7100-000 | $196.09 | NA | NA | NA |
| N/F | Dr. Bryan Cook | 7100-000 | $59.00 | NA | NA | NA |
| N/F | Eastern Idaho Health Service | 7100-000 | $634.01 | NA | NA | NA |
| N/F | Elison Oral & Maxillofacial | 7100-000 | $712.00 | NA | NA | NA |
| N/F | Farm Bureau of Idaho | 7100-000 | $138.67 | NA | NA | NA |
| N/F | First Premier Bank | 7100-000 | $1,466.85 | NA | NA | NA |
| N/F | Intermountain Emergency Phys | 7100-000 | $1,166.52 | NA | NA | NA |
| N/F | Intermountain Emergency Phys | 7100-000 | $1,200.00 | NA | NA | NA |
| N/F | Laurie J. Korst | 7100-000 | $5,005.00 | NA | NA | NA |
| N/F | Medical Imaging | 7100-000 | $25.00 | NA | NA | NA |
| N/F | Mental Wellness Center | 7100-000 | $25.00 | NA | NA | NA |
| N/F | Olympia DSHS | 7100-000 | $2,208.00 | NA | NA | NA |
| N/F | Park West Dental | 7100-000 | $1,019.88 | NA | NA | NA |
| N/F | Riverside Boot & Saddle | 7100-000 | $934.94 | NA | NA | NA |
| N/F | SSAMI | 7100-000 | $317.13 | NA | NA | NA |

**UST Form 101-7-TDR ( 10 /1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | State of Idaho Child Support | 7100-000 | $225.00 | NA | NA | NA |
| N/F | Swafford & Duffin Chtd | 7100-000 | $5,869.78 | NA | NA | NA |
| N/F | Teton Vision Center | 7100-000 | $136.65 | NA | NA | NA |
| N/F | Von J. Kunz, DDS, PA | 7100-000 | $1,582.00 | NA | NA | NA |
| N/F | Wells Fargo Bank | 7100-000 | $518.76 | NA | NA | NA |
| N/F | Wells Fargo Dealer Services | 7100-000 | $9,975.67 | NA | NA | NA |
| N/F | Yellowpages | 7100-000 | $792.00 | NA | NA | NA |
| N/F | Yellowpages | 7100-000 | $396.00 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$77,090.48** | **$32,158.97** | **$10,047.76** | **$2,476.40** |

UST Form 101-7-TDR ( 10 /1/2010)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 1

| Case No.: | 17-40646 | Trustee Name: | (320130) R. Sam Hopkins |
| Case Name: | MURDOCK, DARWIN | Date Filed (f) or Converted (c): | 07/20/2017 (f) |
| | | § 341(a) Meeting Date: | 08/30/2017 |
| For Period Ending: | 04/29/2019 | Claims Bar Date: | 08/01/2018 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | UTILITY TRAILER<br>(10) | 150.00 | 0.00 | | 0.00 | FA |
| 2 | HOUSEHOLD GOODS AND FURNISHINGS | 155.00 | 0.00 | | 0.00 | FA |
| 3 | CLOTHING | 40.00 | 0.00 | | 0.00 | FA |
| 4 | IDAHO CENTRAL CREDIT UNION CHECKING | 50.00 | 50.00 | | 50.00 | FA |
| 5 | HAND TOOLS, SOCKET SET, GLASS REPLACEMENT HAND T<br>(3) | 200.00 | 0.00 | | 0.00 | FA |
| 6 | 2017 FEDERAL REFUNDS<br>05/11/2018 (AWILLIAMS) em fr DA w/ 17 indiv FED$5171, EIC$4366, ACTC$422, ST$265, filed ? | 5,171.00 | 5,171.00 | | 5,171.00 | FA |
| 7 | 2017 STATE REFUNDS  (u)<br>05/11/2018 (AWILLIAMS) em fr DA w/ 17 indiv FED$5171, EIC$4366, ACTC$422, ST$265, filed ? | 265.00 | 265.00 | | 265.00 | FA |
| 8 | SETTLEMENT ON PREF VS MOM'S ESTATE (u)<br>07/20/2018 (AWILLIAMS) Order Approving Settlement (Related Doc [30] and [28]). Signed on 7/18/2018. (a<br><br>05/24/2018 (AWILLIAMS) dkt#28 Stipulation Between R. Sam Hopkins, Trustee, and Darwin Murdock, Debtor for Settlement Filed by Trustee R Sam Hopkins. (Smith, Thomas)<br><br>05/15/2018 (AWILLIAMS) em btwn da and tom re I spoke with Mr. Murdock just now on the phone.  He will agree to the trustee's proposal that the $4,600.00 be taken from his tax return along with estate's portion.<br><br>05/03/2018 (AWILLIAMS) em fr DA office re The trustee has made a claim against Mr. Murdock's mother for money that he borrowed and then paid back to her prior to her filing.  I have attached a copy of Berniece Murdock's obituary.  She passed away on March 15, 2018.  Please advise on how the trustee wishes to proceed in this matter.  Mr. Murdock will be responsible for this debt regardless of whether the trustee tries to collect from Ms. Murdock's estate which has been placed in a family trust or not.<br><br>PER 341 TESTIMONY SAYS HAS NO VEHICLE. SOLD IT TO PAY BILLS. APPROX 3 MO AGO. A CHEVY PICKUP 2002. RCVD $20K FROM IT, LOAN WAS 10,500, PD REST TO MOM. $9500 .  WHAT DID YOU OWE HER THAT FOR? A LOAN. PRIOR TO THAT HE HAD ANOTHER PICKUP HE WAS TRYING TO FIX UP. WHEN DID SHE LOAN YOU MONEY? OVER A PERIOD OF 8 MO. SO DID YOU PUT $ IN ICCU ACCT? YES, BUT THEN TOOK CASH OUT AND PUT IN HER ACCT AT WESTMARK CU. BERNIECE MURDOCK IN BLACKFOOT. | 4,600.00 | 4,600.00 | | 4,600.00 | FA |
| 8 | **Assets Totals (Excluding unknown values)** | **$10,631.00** | **$10,086.00** | | **$10,086.00** | **$0.00** |

UST Form 101-7-TDR ( 10 /1/2010)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8

Page: 2

**Case No.:** 17-40646  
**Case Name:** MURDOCK, DARWIN

**For Period Ending:** 04/29/2019

**Trustee Name:** (320130) R. Sam Hopkins  
**Date Filed (f) or Converted (c):** 07/20/2017 (f)  
**§ 341(a) Meeting Date:** 08/30/2017  
**Claims Bar Date:** 08/01/2018

**Major Activities Affecting Case Closing:**

    03/08/2019 DKT58 Order of Distribution

    02/06/2019 (AWILLIAMS) notice of TFR--obj by 3/4/19

    02/05/2019 (AWILLIAMS) Chapter 7 Trustee's Final Report filed on behalf of Trustee. The United States Trustee has reviewed the Chapter 7 Trustee's Final Report. Filed by US Trustee. (Fleener, Debora)

    Final

**Initial Projected Date Of Final Report (TFR):** 03/31/2019      **Current Projected Date Of Final Report (TFR):** 11/28/2018 (Actual)

| 04/29/2019 | /s/R. Sam Hopkins |
|---|---|
| Date | R. Sam Hopkins |

UST Form 101-7-TDR ( 10 /1/2010)

**Form 2**

Exhibit 9
Page: 1

## Cash Receipts And Disbursements Record

| Case No.: | 17-40646 | Trustee Name: | R. Sam Hopkins (320130) |
|---|---|---|---|
| Case Name: | MURDOCK, DARWIN | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***0565 | Account #: | ******0400 Checking |
| For Period Ending: | 04/29/2019 | Blanket Bond (per case limit): | $59,128,572.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 04/20/18 | {6} | IRS | 2017 federal REFUND | 1224-000 | 5,171.00 | | 5,171.00 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 5,161.00 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 5,151.00 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 5,141.00 |
| 07/24/18 | 101 | DARWIN MURDOCK | DEBTOR'S SHARE OF REFUNDS, EARNED INCOME CREDIT, LESS UNEXEMPT BANK ACCT, STATE REFUND, COMPROMISE | | | 166.00 | 4,975.00 |
| | | | EIC $4,788.00 | 8100-002 | | | 4,975.00 |
| | | | DPR $293.00 | 8500-002 | | | 4,975.00 |
| | {4} | | OFFSET FROM DPR/EIC -$50.00 | 1129-000 | | | 4,975.00 |
| | {7} | | OFFSET FROM DPR/EIC -$265.00 | 1224-000 | | | 4,975.00 |
| | {8} | | OFFSET FROM DPR/EIC -$4,600.00 | 1241-000 | | | 4,975.00 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 4,965.00 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 4,955.00 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 5.00 | 4,950.00 |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 5.00 | 4,945.00 |
| 03/08/19 | 102 | R. SAM HOPKINS | Combined trustee compensation & expense dividend payments. | | | 1,168.60 | 3,776.40 |
| | | | Claims Distribution - Wed, 11-28-2018 $1,135.00 | 2100-000 | | | 3,776.40 |
| | | | Claims Distribution - Wed, 11-28-2018 $33.60 | 2200-000 | | | 3,776.40 |
| 03/08/19 | 103 | SERVICE & SPINNER | Combined payments for claim number , | | | 1,300.00 | 2,476.40 |
| | | | Claims Distribution - Wed, 11-28-2018 $1,187.88 | 3210-000 | | | 2,476.40 |
| | | | Page Subtotals: | | $5,171.00 | $2,694.60 | |

{ } Asset Reference(s)   UST Form 101-7-TDR ( 10 /1/2010)                                              ! - transaction has not been cleared

**Form 2**

Exhibit 9

Page: 2

## Cash Receipts And Disbursements Record

| Case No.: | 17-40646 | Trustee Name: | R. Sam Hopkins (320130) |
|---|---|---|---|
| Case Name: | MURDOCK, DARWIN | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***0565 | Account #: | ******0400 Checking |
| For Period Ending: | 04/29/2019 | Blanket Bond (per case limit): | $59,128,572.00 |
|  |  | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | | Claims Distribution - Wed, 11-28-2018 $112.12 | 3220-000 | | | 2,476.40 |
| 03/08/19 | 104 | SMITH DRISCOLL & ASSOCIATES | Final Distribution payment - Dividend paid at 24.65% of $2,001.57; Claim # 2; Filed: $2,001.57 | 7100-000 | | 493.31 | 1,983.09 |
| 03/08/19 | 105 | BLASER, OLESON, LLOYD, CHTD | Final Distribution payment - Dividend paid at 24.65% of $7,094.33; Claim # 3; Filed: $7,094.33 | 7100-000 | | 1,748.49 | 234.60 |
| 03/08/19 | 106 | SORENSEN LAW | Final Distribution payment - Dividend paid at 24.65% of $894.00; Claim # 4; Filed: $894.00 | 7100-000 | | 220.34 | 14.26 |
| 03/08/19 | 107 | TRUST FINANCIAL LLC | Final Distribution payment - Dividend paid at 24.65% of $57.86; Claim # 7; Filed: $57.86 | 7100-000 | | 14.26 | 0.00 |
| | | **COLUMN TOTALS** | | | 5,171.00 | 5,171.00 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| | | **Subtotal** | | | 5,171.00 | 5,171.00 | |
| | | | Less: Payments to Debtors | | | 4,788.00 | |
| | | **NET Receipts / Disbursements** | | | **$5,171.00** | **$383.00** | |

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

**Form 2**

Exhibit 9
Page: 3

## Cash Receipts And Disbursements Record

| | | | | |
|---|---|---|---|---|
| **Case No.:** | 17-40646 | | **Trustee Name:** | R. Sam Hopkins (320130) |
| **Case Name:** | MURDOCK, DARWIN | | **Bank Name:** | Rabobank, N.A. |
| **Taxpayer ID #:** | **-***0565 | | **Account #:** | ******0400 Checking |
| **For Period Ending:** | 04/29/2019 | | **Blanket Bond (per case limit):** | $59,128,572.00 |
| | | | **Separate Bond (if applicable):** | N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******0400 Checking | $5,171.00 | $383.00 | $0.00 |
| | **$5,171.00** | **$383.00** | **$0.00** |

04/29/2019
Date

/s/R. Sam Hopkins
R. Sam Hopkins

**UST Form 101-7-TDR (10 /1/2010)**